IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUNSTALL,<br><br>    Petitioner,<br><br>vs.<br><br>TERESA A. SCHWARTZ, <u>et al.</u>,<br><br>    Respondents. | No. 2:04-CV-2658-RRB-JFM P<br><br>**<u>ORDER</u>** |

      Petitioner Robert Tunstall ("Petitioner") is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 15, 2008, the Magistrate Judge filed Findings and Recommendations (Docket 33) herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  Petitioner has filed Objections to the Magistrate's Findings and Recommendations at Docket 34.

ORDER DENYING PETITIONER'S APPLICATION - 1
2:04-CV-2658-RRB-JFM P

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter. Having carefully and thoroughly reviewed the same, the Court finds the Magistrate's Findings and Recommendations at Docket 33 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations at Docket 33, filed on February 15, 2008, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is **DENIED**.

ENTERED this 14th day of March, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S APPLICATION - 2
2:04-CV-2658-RRB-JFM  P