IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

      Plaintiff,                        No. CIV S-04-2658 JAM JFM P

vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.                ORDER

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On April 7, 2008, plaintiff filed his sixth request for the appointment of counsel. Plaintiff's previous requests were filed on January 13, 2006, November 29, 2006, December 7, 2006, December 21, 2006 and December 19, 2007. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's request for appointment of counsel (docket no. 39) is denied.

DATED: May 12, 2008

                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              U.S. DISTRICT JUDGE

/mp
tuns2658.31thr